# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0973

VERSUS

MARCEL DEWAYNE THOMPSON

**OCTOBER 18, 2021**

---

In Re: Marcel DeWayne Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 558,732.

---

**BEFORE: LANIER, WOLFE, AND BURRIS,[1] JJ.**

    **WRIT DENIED.** **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to relator whose convictions and sentences were final at the time the decision was rendered. Accordingly, the district court did not err by denying the application for postconviction relief.

                        **WIL**
                        **EW**
                        **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.